# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0218
_____

KEITH D. BURKS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

August 30, 2019

PER CURIAM.

The petition for writ of habeas corpus is denied on the merits.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Keith D. Burks, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.